

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| EMR/ALK/MG | *271 Cadman Plaza East* |
| F. #2023R00402 | *Brooklyn, New York 11201* |

May 27, 2025

By ECF

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Omari Scott
      Criminal Docket No. 24-158 (KAM)

Dear Judge Matsumoto:

  The government briefly responds in opposition to the defendant Omari Scott's application that the Court order the government to immunize proposed defense witness Aaliyah Ruiz.  See ECF No. 112.[1]

  The defendant incorrectly argues that the government is withholding immunity solely "because [Ms. Ruiz]'s account does not accord with the Government's theory of the case." Id. at 3.  As the government indicated on the record, the government believes Ms. Ruiz has provided demonstrably false statements on numerous occasions and in material ways.  By way of example, on November 1, 2023, during a meeting with federal law enforcement agents, Ms. Ruiz, who was represented at the meeting by counsel, stated in substance and in part that she was not familiar with the names Omari Scott, Prince, or Sir Prince.  In the same meeting, Ruiz also stated in sum and substance that on June 3, 2023, when police came to her apartment in Harlem, her ex-boyfriend named "Jamar" was there and they had dated for only one month at that time.  As the Court is aware, both of these statements are patently false.

  As stated in the government's letter, see ECF No. 113, the government has granted immunity to only one other witness and for distinct reasons that are not at issue here.  In addition, the government has sought permission to offer Ms. Ruiz immunity for her own personal engagement in prostitution.  However, the government opposes the defendant's application to

---

  [1] The government need not reach the second and third parts of the test in United States v. Diaz, 176 F.3d 52, 115 (2d Cir. 1999) because the government has not engaged in any overreach or discriminatory use of immunity grants.

order the government to immunize Ms. Ruiz in connection with false statements made to law enforcement.

For these and the reasons discussed in the government's prior letter, the Court should deny the defendant's application to compel the government to immunize Aaliyah Ruiz.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:    /s/
Erin M. Reid
Anna L. Karamigios
Miranda Gonzalez
Assistant U.S. Attorneys
(718) 254-6183